

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,304-01

### EX PARTE CARLOS DAVID RODRIGUEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 19-04-05648 (1) IN THE 435TH DISTRICT COURT FROM MONTGOMERY COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of aggravated sexual assault of a child and sentenced to twenty years' imprisonment. The Ninth Court of Appeals affirmed his conviction. *Rodriguez v. State*, No. 09-22-00116-CR (Tex. App.—Beaumont July 31, 2024). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely file a petition for discretionary review on his behalf due to an error in calculating the due date. Based on the record, the trial court has determined that appellate counsel's performance was deficient, and that Applicant would have timely filed a petition for discretionary review but for counsel's deficient performance.

Relief is granted. Applicant may file an out-of-time petition for discretionary review of the judgment of the Ninth Court of Appeals in cause number 09-22-00116-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 29, 2025
Do not publish